against Francis B. Wood and others. No opinion. Motion denied, with $10 costs.

---

MANILLA ANCHOR BREWING CO. v. RAW SILK TRADING CO. et al. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by the Manilla Anchor Brewing Company against the Raw Silk Trading Company and others. No opinion. Motion granted, without costs. See, also, 148 N. Y. Supp. 1129.

---

MARCANTONIO, Respondent, v. SWANCOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 22, 1914.) Action by Anthony Marcantonio against G. Harry Swancott and others. No opinion. Judgment and order affirmed, with costs.

---

MARSH, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by William T. Marsh against Marshall E. Ward. H. C. Burnstine, of New York City, for appellant. C. O. Maas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MARSHFIELD, Appellant, v. VILLAGE OF SOLVAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Anna Marshfield against the Village of Solvay. No opinion. Judgment and order affirmed, with costs.

---

MARTIN v. WHITNEY. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Robert H. Martin against Henry M. Whitney. No opinion. Motion granted, with $10 costs. Order filed.

---

MASON–SEAMAN TRANSP. CO. v. HEFFERNAN et al. (No. 6215.) (Supreme Court, Appellate Division, First Department. October 16, 1914.) Appeal from Special Term, New York County. Action by the Mason-Seaman Transportation Company against Margaret Heffernan and another. From an order restraining defendants from prosecuting certain Municipal Court actions during the pendency of the action, defendants appeal. Modified and affirmed. Henry B. Leary, of New York City, for appellants. Henry B. Twombly, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by requiring the plaintiff to give a bond in the sum of $1,500, and, as so modified, affirmed, without costs.

---

MASTERTON, Respondent, v. MASTERTON, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by Kate S. Masterton against Robert S. Masterton. A. Ritchie, of New York City, for appellant. G. G. Battle, of New York City, for respondent. No opinion. Order modified, as directed in order, and, as modified, affirmed, without costs. Order filed.

---

MATHESON, Respondent, v. MENTE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Malcolm Ross Matheson, as substituted trustee, etc., of Richard J. Stainton, deceased, against Ottilie Mente and others. No opinion. On consent of respondent, motion granted as of the time of the entry of the order sought to be amended, without costs. Settle order before Mr. Justice Thomas. See, also, 148 N. Y. Supp. 1130.

---

MEAGHER, Respondent, v. HEARN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Mary F. Meagher, as administratrix, against George A. Hearn and others. E. F. Lindsay, of New York City, for appellants. F. W. Holmes, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

MEDLEY v. FIFTH AVE. COACH CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by Lillie M. Medley against the Fifth Avenue Coach Company. No opinion. Motion granted, with $10 costs. Order filed.

---

MELE, Appellant, v. WATERBURY CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 2, 1914.) Action by Giuseppe Mele against the Waterbury Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, to the extent of giving plaintiff, accompanied by not more than two persons, an inspection of the machine by which he claims to have been hurt, together with its equipment and appurtenances; that such persons be permitted to examine during business hours such machine, both in operation and at rest, and to take a photograph of the same; that plaintiff give in writing notice to defendant's attorneys, two days before such inspection, of the day and hour when the same will be had; and that at the time named such inspection and photograph be made within a period not exceeding 15 minutes. See Pasuk v. American Manufacturing Co., 160 App. Div. 909, 144 N. Y. Supp. 1134.

---

MERRILL v. UNITED BOX BOARD & PAPER CO. (Supreme Court, Appellate Division, Third Department. September 15, 1914.) Ac-

tion by Cyrus S. Merrill against the United Box Board & Paper Company. No opinion. Motion denied. See, also, 148 N. Y. Supp. 1130.

METROPOLITAN LIFE INS. CO., Appellant, v. HYDREX FELT & ENGINEERING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 16, 1914.) Action by the Metropolitan Life Insurance Company against the Hydrex Felt & Engineering Company and others. F. C. Lawyer, of New York City, for appellant. J. D. Fackenthal, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

METROPOLITAN TRUST CO. v. LONG ACRE ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 30, 1914.) Action by the Metropolitan Trust Company against the Long Acre Electric Company. No opinion. Motion granted, with $10 costs. Order filed.

MIDTOWN CONTRACTING CO. v. GOLDSTICKER et al. (Supreme Court, Appellate Division, First Department. November 13, 1914.) Action by the Midtown Contracting Company against Louis Goldsticker and another. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed. See, also, 158 App. Div. 914, 143 N. Y. Supp. 1131.

In re MILLER. (Supreme Court, Appellate Division, First Department. October 16, 1914.) In the matter of Alexander Miller, deceased. No opinion. Motion granted, with $10 costs. Order filed. See, also, 149 App. Div. 944, 134 N. Y. Supp. 1139.

MILLER et al., Respondents, v. CAMPBELL et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against W. C. Campbell and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. HENDERSON, Appellant. (Supreme Court, Appellate Division. Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against Henry C. Henderson. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. KREPPS et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against Virgil A. Krepps and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. MORAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against Edwin C. Moran and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER et al., Respondents, v. RUSSE et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 11, 1914.) Action by Frank D. Miller and others, as trustees, against August B. Russe and another. No opinion. Judgment unanimously affirmed, with costs.

MILLER, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1914.) Action by Fred M. Miller against the Solvay Process Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, without prejudice to another motion on proper papers. See, also, 155 App. Div. 880, 139 N. Y. Supp. 1134.

MILLINGTON, Respondent, v. ALBIA BOX & PAPER CO., Appellant. (Supreme Court. Appellate Division, Third Department. November 11, 1914.) Action by James B. Millington against the Albia Box & Paper Company. No opinion. Judgment and order unanimously affirmed, with costs.

MILLS, Respondent, v. BECK, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Mamie Mills against Maurice Beck. No opinion. This appeal has not been dismissed. The case was stricken from the calendar. The appellant may restore it to the calendar when he is in a position to do so. Motion denied, with $10 costs. See, also, 148 N. Y. Supp. 1130.

MILLS, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 6, 1914.) Action by Charles H. Mills against the New York, New Haven & Hartford Railroad Company. PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event. We think that the great preponderance of evidence is to the effect that plaintiff could have seen the engine approaching if he had looked. The darkness was not sufficient to prevent this.

RICH and STAPLETON, JJ., dissent.